

GOVERNMENT EXHIBIT