

Kelly, Chris

Officer Body Video

GOVERNMENT
EXHIBIT



Chris Kelly
video clip
12-26-19

GOVERNMENT
EXHIBIT
2

# IOWA CITY POLICE DEPARTMENT

Inc #: _____

<u>RIGHTS SHEET</u>

I, _____CHRIS KELLY_____, HAVE BEEN INFORMED BY

_____N. MERCER_____, OF THE FOLLOWING:

1. I HAVE THE RIGHT TO REMAIN SILENT.

2. ANYTHING I SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.

3. I HAVE THE RIGHT TO TALK TO AN ATTORNEY, AND TO HAVE HIM OR HER PRESENT WHILE I AM BEING ASKED QUESTIONS.

4. IF I CAN NOT AFFORD AN ATTORNEY, ONE WILL BE APPOINTED TO REPRESENT ME BEFORE ANSWERING QUESTIONS, IF I WISH.

I UNDERSTAND EACH OF THE RIGHTS STATED ABOVE.

SIGNED: X _____

DATE: _12/26/2019_ TIME: _____

OFFICER: _____

Revised 01/08

GOVERNMENT EXHIBIT
3

# COMPLAINT

Dispatch / Case #: 2019013303          Citation #:          **409 0040 191226 154323 9**

Form 420001E 1/07    Reference #:          **IOWA UNIFORM CITATION AND COMPLAINT**
**PLAINTIFF**                    Law Enforcement Agency - IOWA CITY POLICE DEPARTMENT

| ☐ State of Iowa | ☐ County of: **JOHNSON - 52** | ☑ City of: **IOWA CITY - 3715** |

In the Court at    **JOHNSON COUNTY COURTHOUSE 417 SOUTH CLINTON STREET**          **IOWA CITY**          **IA**          **52240**

VS.

| Name | **KELLY** | **CHRIS** | **WILLIAM** | Suffix | DL# | | DL/State ID Viewed? **NO** | DOB |
| | Defendant, Last | First | Middle | | | | | |

Address **TRANSIENT**          City **IOWA CITY**          State **IA**          Zip Code **52240**          Race **B**          Ethnicity **N**

DL State **IA**          DL Class **0**          DL End. **NONE**          DL Rest. **NONE**          Height          **5' 11"**          Weight **219 LBS**          Sex **MALE**

The undersigned states that on or about **12/26/2019** at **3:43 PM** defendant did unlawfully: Operate Motor Vehicle/Boat

US DOT#          ICC#          Lic. Plate #/REG          State          Year          CDL Req? **NO**          Pass End Req?          HazMat End Req?

Upon a public highway at **WATERFRONT DR**          Located in the county and state aforesaid and did then and there commit the following offense:

| Scheduled Violation/Fine | **$25.00** | ☐ Court Appearance Required (805.10) | ☐ Road Work Zone | ☐ Non-scheduled Violation | Speed | in | Zone |
| Criminal Surcharge | **$8.75** | Reason: ☐ Serious P.I. ☐ Fatal Accident ☐ Civil Damage Assessment ☐ Other | | | Fed/Adm Code: | | |
| Co. Enf. Surcharge | **N/A** | Violation **PEDESTRIAN FAILING TO USE CROSSWALK** | | | | IA Code:20 | |
| Court Costs | **$60.00** | | | | | | |
| Total Fine/Costs | **$93.75** | Sec#: | | Local Ord. **IC/9-6-2(A1)** | | | |

Officer's Signature    *[signature]* **#40**          I.D. No. **40**          NOTICE: Providing false identification information is a violation of Section 719.1A of the Code of Iowa and is punishable as a simple misdemeanor.

Dated **12/26/2019**

Court Date: If you must appear in court or if you choose to appear to answer to a charge which does not require an appearance, report to the above named court on: **12/27/2019** at **8:00 AM**

You hereby are given notice that within a reasonable time but no later than the date scheduled for your initial appearance a citation/complaint sworn under oath will be filed with the district court clerk of the county in which this citation was issued.

My signature below is not a plea of guilty, but acknowledges all of the following:
1. I hereby swear and affirm that the information provided by me on this citation is true under penalty of providing false information.
2. I promise to appear in said court at said time and place. I understand that a person who willfully fails to appear in court as specified by this citation may be subject to arrest and/or loss of driving privileges.
3. If a court appearance is not required, I may enter a plea of guilty prior to the designated appearance date by delivery in person, or by agent, or by mail to the court specified by this citation.
The following applies to simple misdemeanors only:
4. I hereby give my unsecured appearance bond in the amount of **$110.63** dollars and enter my written appearance. I agree that if I fail to appear in person or by counsel to defend against the offense charged in this citation, the court is authorized to enter a conviction and render judgment against me for the amount of my appearance bond in satisfaction of the penalty and surcharge plus court cost.

*[barcode]*

Signature of Defendant    **X** *[signature]*          Dated **12/26/2019**

I swear that the foregoing complaint is true and correct.          Subscribed and sworn to me by **NEELD, TRAVIS**          at **IOWA CITY - 3715**          , Iowa

*[signature]* **#40**          this **26** day of **DECEMBER, 2019**

Officer's Signature          Agency **IOWA CITY POLICE DEPARTMENT**          Notary/other Signature *[signature]* **409 0040 191226 154**          Notary/other **VERIFY**

## ABSTRACT OF COURT RECORD

Citation #:          **409 0040 191226 154323 9**

| COURT NO. | CASE NO. | |
| DOCKET NO. | CASE NO. | |
| LICENSE NO. | STATE: | ☐ Iowa |
| FORFEIT BOND ☐ | | ☐ Other |

TESTIMONY - JUDGE'S NOTES: FILED 12/26/2019 04:20PM
CLERK DISTRICT COURT
JOHNSON COUNTY IOWA

| JURY TRIAL ☐ | BAIL CASH DEPOSIT |
| | PLEA | VERDICT |
| NO JURY TRIAL or PROCEEDING ☐ | ☐ GUILTY ☐ NOT GUILTY | ☐ GUILTY ☐ NOT GUILTY ☐ DISMISSED |

OTHER DISPOSITION

The court Therefore Enters in Following Order This Date          Mo. Day Yr.

FINED $ ___ SURCHARGE $ ___ COST $ ___

Incarceration in ___ Days:

| Date | Signature, person giving bail | Signature, person taking bail |

Driver's License Recommendation: ☐ None ☐ School ☐ Susp. ☐ Revo ☐ Days

| DATE | Continued to: | REASON |
| DATE | Continued to: | REASON |
| DATE | WARRANT ISSUED | |

TO THE COURT: The following are witnesses who can give testimony relating to the facts of this alleged violation. Please subpoena prosecuting witness:
Name          Address          Phone

**GOVERNMENT EXHIBIT 4**

THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| STATE OF IOWA, | **SMSM111732 &**<br>**ICSTA0227628** |
|---|---|
| Plaintiff, | |
| vs.<br>**CHRIS WILLIAM KELLY, JR**,<br>Defendant. | **MOTION TO DISMISS** |

COMES NOW Janet Lyness, Johnson County Attorney, and moves this Court to

dismiss the above-captioned causes for the following reason(s):

☒      The Defendant is in federal custody and the State does not wish to pursue

these charges.

WHEREFORE, the State requests that this Court grant this motion and dismiss

these causes with costs assessed to the State.

Respectfully submitted,

By: /s/
_____

Janet Lyness
Johnson County Attorney
500 South Clinton Street, Suite 400
Iowa City, IA 52240
Phone: (319)339-6100
Fax: (319)339-6149
E-Mail: jlyness@co.johnson.ia.us

# Chapter 6
# PEDESTRIANS

## 9-6-1: RIGHT OF WAY:

A. Where traffic control signals are not in place or in operation, the driver of a vehicle shall yield the right of way, slowing down or stopping if need be to yield to a pedestrian crossing the roadway within any marked crosswalk or within any unmarked crosswalk at an intersection, except as otherwise provided in this title. (1978 Code §23-212)

B. Notwithstanding the provisions of this chapter, every driver of a vehicle shall exercise caution to avoid colliding with any pedestrian upon any roadway, shall give warning by sounding the horn when necessary and shall exercise caution upon observing any child or any confused or incapacitated person upon a roadway. (1978 Code §23-218; amd. 1994 Code)

C. Every driver of a vehicle shall yield the right of way to pedestrian workers engaged in maintenance or construction work on a highway whenever the driver is notified of the presence of such workers by a flagperson or a warning sign. (1978 Code §23-218)

## 9-6-2: PEDESTRIAN'S USE OF ROADWAYS:

A. Crossing At Other Than Crosswalks:

1. Every pedestrian crossing a roadway at any point other than within a marked crosswalk or within an unmarked crosswalk at an intersection or where a specified overhead pedestrian crossing is available shall yield the right of way to all vehicles upon the roadway, except the city may restrict such a crossing by ordinance.

2. Where traffic control signals are in operation at a marked crosswalk not an intersection, pedestrians shall cross only in the marked crosswalk. (1978 Code §23-213; amd. 1994 Code)

3. No pedestrian shall cross a roadway in any commercial zone other than in a crosswalk. (1978 Code §23-215)

B. Crossing At Right Angles: Except where otherwise indicated by a crosswalk or other official traffic control device, a pedestrian shall cross a roadway at right angles to the curb or by the shortest route to the opposite curb. (1978 Code §23-214)

GOVERNMENT
EXHIBIT

5



GOVERNMENT
EXHIBIT
6